UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY LAW, | ) | NO. CV 11-03580 VBF (SS) |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS,** |
| v. | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| J. TIM OCHOA, Warden, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

1 **IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 5-11-11

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE